UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 21200
     CRYSTAL A RIDGEWAY

                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

          Debtor
     SSN XXX-XX-8193

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/12/2007 and was confirmed 01/03/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 08/20/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BROTHER LOAN & FINANCE | UNSEC W/INTER | 817.95 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 8815.58 | 146.29 | 4866.21 |
| INTERNAL REVENUE SERVICE | PRIORITY | 11163.25 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSEC W/INTER | 1270.38 | .00 | .00 |
| WELLS FARGO FINANCIAL BA | UNSEC W/INTER | 1116.48 | .00 | .00 |
| ACME CONTINENTAL C U | UNSEC W/INTER | 466.95 | .00 | .00 |
| AMERICASH | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CASH CALL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CHICAGO P O EMP CR UN | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CHICAGO P O EMP CR UN | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSEC W/INTER | 320.58 | .00 | .00 |
| PREMIER BANKCARD | UNSEC W/INTER | 286.85 | .00 | .00 |
| UNIVERSAL LENDERS INC | UNSEC W/INTER | 2966.73 | .00 | .00 |
| WELLS FARGO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| LOAN MACHINE | UNSEC W/INTER | 1471.00 | .00 | .00 |
| AMERICAS FINANCIAL CHOIC | UNSEC W/INTER | 891.24 | .00 | .00 |
| THE MONEY STORE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CHECK INTO CASH INC | UNSEC W/INTER | 790.49 | .00 | .00 |
| FIRST CASH ADVANCE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| SIR FINANCE | UNSEC W/INTER | 1472.00 | .00 | .00 |
| QUICK CLICK LOANS | UNSEC W/INTER | 1688.92 | .00 | .00 |
| NCI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| GREAT LAKES SPECIALTY FI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| AAA CHECKMATE LLC | UNSEC W/INTER | 703.00 | .00 | .00 |
| AMERICASH LOANS | UNSEC W/INTER | 3712.53 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSEC W/INTER | 11871.78 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSEC W/INTER | 1126.16 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 285.48 | .00 | .00 |
| GINGER RIDGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITIFINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| MARTIN J OHEARN | DEBTOR ATTY | 3,000.00 | | 2,790.16 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 21200 CRYSTAL A RIDGEWAY

```
TOM VAUGHN              TRUSTEE                                   641.34
DEBTOR REFUND          REFUND                                      .00
```

Summary of Receipts and Disbursements:

```
--------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------

TRUSTEE                8,444.00

PRIORITY                                           .00
SECURED                                       4,866.21
      INTEREST                                  146.29
UNSECURED                                          .00
ADMINISTRATIVE                                2,790.16
TRUSTEE COMPENSATION                            641.34
DEBTOR REFUND                                      .00
                      ---------------   ---------------
TOTALS                 8,444.00               8,444.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
Dated: 11/20/08                /s/ Tom Vaughn
                               _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE
```